| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): EVA DUNGER  C. Date of Delivery: 5/5/07 |
| 1. Article Addressed to:<br><br>Manna Café, Inc.<br>3507 Thomasville Road<br>Tallahassee, FL 32308<br><br>07cv374 S,C, & Amd Cmp. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>✔ Certified Mail  ☐ Express Mail<br>☐ Registered  ✔ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 3110 0002 5999 2850 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |