## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

SYSCO FOOD SERVICES-
GULF COAST, INC.,

    Plaintiff,

vs.       CIVIL ACTION NO: 1:07-CV-374-WKW

MANNA CAFÉ, INC., and
STEPHEN E. DUGGAR, JR.,

    Defendants.
_____/

### ANSWER OF STEPHEN E. DUGGAR, JR.

The Defendant, STEPHEN E. DUGGAR, JR., answers the allegations contained in the Plaintiff's amended complaint as follows:

1. Admitted for jurisdictional purposes only; otherwise denied.

2. Denied.

3. Without knowledge and therefore denied.

4. Denied.

5. The first sentence is admitted; the second sentence is denied.

6. Denied; only Mane Café, Inc. Applied for credit with SYSCO. See attached Exhibit "A," to the Plaintiff's amended complaint, the terms of which speak for themself.

7. Denied.

8. Denied that the Defendants' account was in arrears. Admitted that payments were made to SYSCO.

9. Denied.

10. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

## COUNT I

4. (Misnumbered) Defendant is not sure what the Plaintiff is adopting by reference, and what it is re-alleging. The Defendant denies whatever it is that the Plaintiff is alleging in this paragraph.

5. (Misnumbered) Denied.

6. (Misnumbered) Denied.

WHEREFORE, STEPHEN E. DUGGAR, JR., demands that a final judgment be entered in his favor, against the Plaintiff, and that this Court award him taxable costs and attorney's fees if he hires counsel.

## COUNT II

7. (Misnumbered) Defendant is not sure what the Plaintiff is adopting by reference, and what it is re-alleging. The Defendant denies whatever it is that the Plaintiff is alleging in this paragraph.

8. (Misnumbered) This allegation does not allege anything about STEPHEN E. DUGGAR, JR.; otherwise denied.

WHEREFORE, STEPHEN E. DUGGAR, JR., demands that a final judgment be entered in his favor, against the Plaintiff, and that this Court award him taxable costs and attorney's fees if he hires counsel.

## COUNT III

9. (Misnumbered) Defendant is not sure what the Plaintiff is adopting by reference, and what it is re-alleging. The Defendant denies whatever it is that the Plaintiff is alleging in this

paragraph.

10. (Misnumbered) Denied.

WHEREFORE, STEPHEN E. DUGGAR, JR., demands that a final judgment be entered in his favor, against the Plaintiff, and that this Court award him taxable costs and attorney's fees if he hires counsel.

## COUNT IV

11. (Misnumbered) Defendant is not sure what the Plaintiff is adopting by reference, and what it is re-alleging. The Defendant denies whatever it is that the Plaintiff is alleging in this paragraph.

12. (Misnumbered) Denied.

13. (Misnumbered) Denied.

14. (Misnumbered) Denied.

WHEREFORE, STEPHEN E. DUGGAR, JR., demands that a final judgment be entered in his favor, against the Plaintiff, and that this Court award him taxable costs and attorney's fees if he hires counsel.

## COUNT V

15. (Misnumbered) Defendant is not sure what the Plaintiff is adopting by reference, and what it is re-alleging. The Defendant denies whatever it is that the Plaintiff is alleging in this paragraph.

16. (Misnumbered) Denied.

17. (Misnumbered) Denied.

18. (Misnumbered) Denied.

WHEREFORE, STEPHEN E. DUGGAR, JR., demands that a final judgment be entered in his favor, against the Plaintiff, and that this Court award him taxable costs and attorney's fees if he hires counsel.

### DEFENSE

1. STEPHEN E. DUGGAR, JR., did not personally guarantee the debt at issue.

Respectfully submitted,

_____
Stephen E. Duggar, Jr., *pro se*
3507 Thomasville Road
Tallahassee, FL 32309
(850) 668-1968
Fax: 850-668-0688

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by facsimile at (334) 264-9599 and by regular U. S. Mail, on D. Mitchell Henry, Esq., at Webster, Henry, Lyons & White, P.C., at Post Office Box 239, Montgomery, AL 36101-0239, on this 25th day of May, 2007.

_____
Stephen E. Duggar, Jr., *pro se*