# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MANNA CAFÉ, INC. and STEPHEN DUGGAR, | ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO: 1:07-CV-00374

## NOTICE OF APPEARANCE

COMES NOW G. Baron Coleman, of the law firm of Webster, Henry, Lyons & White, P.C., and files herewith this entry of appearance as additional counsel on behalf of SYSCO FOOD SERVICES, in the above-styled case.

Respectfully submitted this the 4th day of June, 2007.

/s/ G. Baron Coleman
G. BARON COLEMAN

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following parties electronically on this the 4th day of June, 2007.

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL 32308

Stephen Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL 32317

/s/ G. Baron Coleman
OF COUNSEL