**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SYSCO FOOD SERVICES – GULF COAST, INC.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CIVIL ACTION NO: 1:07-CV-00374** |
| **MANNA CAFÉ, INC. and STEPHEN DUGGAR,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Plaintiff, SYSCO FOOD SERVICES – GULF COAST, INC., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order Number 3047, makes and files its Corporate Disclosure Statement as follows:

1. SYSCO FOOD SERVICES – GULF COAST, INC., has a parent corporation, SYSCO Corporation, which is a publicly traded corporation and is the sole stockholder. SYSCO FOOD SERVICES – GULF COAST, INC., has no subsidiaries.

Respectfully submitted this the 5th day of June, 2007.

      /s/ G. Baron Coleman
G. BARON COLEMAN (COL135)
Attorney for the Plaintiff SYSCO FOOD SERVICES – GULF COAST, INC.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone:    (334) 264-9472
Facsimile:     (334) 264-9599

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon the following parties electronically on this the 5th day of June, 2007.

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL 32308

Stephen Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL 32317

                                        /s/ G. Baron Coleman
                                  OF COUNSEL