**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:07-CV-00374 |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., ) ) ) | |
| Defendants. ) ) ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 14, 2007 by conference call and was attended by:

    G. Baron Coleman, Esq.
    **For Plaintiff Sysco Food Services – Gulf Coast, Inc.**

    Early Duggar
    Stephen E. Duggar, Jr.
    **For Defendants Manna Café, Inc. and Stephen E. Duggar, Jr.**

2.  Pre-Discovery Disclosures. The parties will exchange by July 13, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

3.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

    (a) Plaintiff's Open Account claim;

    (b) Plaintiff's Breach of Credit Agreement claim;

    (c) Plaintiff's Monies Owed claim;

  (d) Plaintiff's Account Stated claim;

  (e) Plaintiff's Unjust Enrichment claim;

  (f) Defendants' defense of not personally guaranteeing the debt.

All of the claims and defenses set forth above, upon which discovery will need to be conducted, relate to how much money the Defendant owes the Plaintiff. The focus of the discovery will be the nature and extent of that inquiry.

  All discovery commenced in time to be completed by September 15, 2007.

  Maximum of 40 Interrogatories by each party to any other party. Responses are due 30 days after service.

  Maximum of 25 Requests for Admission by each party to any other party. Responses are due 30 days after service.

  Maximum of 5 depositions by Plaintiff and 5 by Defendants.

  Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

4. Other Items.

  The parties do not request a conference with the Court before entry of the scheduling order.

The parties should be allowed until August 15, 2007, to amend the pleadings.

All potentially dispositive motions should be filed by September 15, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

  from Plaintiff by September 15, 2007

  from Defendants by September 15, 2007

  Parties should have 15 days after the service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3).

All of these dates set forth above correspond to an October 15, 2007 trial date. If the Plaintiff and Defendants both believe this case can be ready for the October 15, 2007 trial term but the Court selects a later date as the trial term, then the parties will resubmit a proposed discovery plan with dates corresponding to the new trial date. At this time, trial is expected to take approximately 1 to 2 hours.

Respectfully submitted this the 22nd day of June, 2007.

        /s/ G. Baron Coleman
G. BARON COLEMAN (COL135)
Attorney for the Plaintiff Sysco Food
Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Telephone:     (334) 264-9472
Facsimile:      (334) 264-9599

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 22nd day of June, 2007, I have mailed the foregoing document on all counsel of record as listed below and electronically filed this document with the Clerk of the Court, which will send notification of this filing to the following:

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen E. Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL  32317

             /s/ G. Baron Coleman
             OF COUNSEL