**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC.<br><br>Plaintiff,<br><br>v.<br><br>MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 1:07-CV-00374<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the Plaintiff, SYSCO FOOD SERVICES – GULF COAST, INC., in the above-styled cause, by and through undersigned counsel, and hereby moves this Honorable Court to enter a default judgment against Defendant, MANNA CAFÉ, INC., pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff shows this Honorable Court that said Defendant has been properly served with process and has failed to answer or otherwise file a legal appearance of record with this Court within the time required by Rule 12(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 27th day of June, 2007.

/s/ G. Baron Coleman
G. BARON COLEMAN
Attorney for Plaintiff
SYSCO Food Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:    334-264-9472
Facsimile:    334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following parties via U.S. Mail, postage prepaid, on this the 27th day of June, 2007.

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL  32317

                                              /s/ G. Baron Coleman
                                              OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO: 1:07-CV-00374

### AFFIDAVIT OF CHRISTINE UNDERWOOD

Before me *Shira Renee Owens*, a Notary Public and in aforesaid County and State, personally appeared Christine Underwood., and deemed by me first duly sworn deposes and says on oath as follows:

"My name is Christine Underwood. I am a Credit Manager for SYSCO Food Services – Gulf Coast, Inc. (hereinafter "SYSCO"). SYSCO's principal place of business for this transaction was in Geneva County, Alabama. The present lawsuit has been filed in an effort to recover the amount of $89,664.08, plus interest, costs, and attorney's fees, that is due SYSCO from Manna Café, Inc. and Stephen E. Duggar, Jr. for food items and supplies furnished to the aforesaid Defendants. I have personal knowledge of all matters contained in this affidavit.

At all times material hereto, Plaintiff, SYSCO, has operated in Geneva County, Alabama. Manna Café entered into a Credit Agreement with SYSCO, whereby SYSCO furnished and sold food items and supplies to Manna Café the request of Stephen E. Duggar, Jr. Stephen E. Duggar, Jr. personally guaranteed the obligations in the credit agreement. All of the food items and


PLAINTIFF'S EXHIBIT A

supplies provided to SYSCO by virtue of said Credit Agreement were purchased from SYSCO's facility located in Geneva County, Alabama. Manna Café presently owes $89,664.08, plus interest, costs, and attorney's fees, on its account with SYSCO."

Further affiant saith not.

*Christine Underwood*
CHRISTINE UNDERWOOD

SWORN TO and SUBSCRIBED before me on this the 24th day of June, 2007.

*Shira Renee Owens*
Notary Public
My commission expires: _____

MY COMMISSION EXPIRES
JULY 11, 2007