IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., </br></br>  Plaintiff, </br></br> v. </br></br> MANNA CAFÉ, INC., and </br> STEPHEN E DUGGAR, JR., </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    CASE NO. 1:07-CV-374 |

## **ORDER**

Upon consideration of the plaintiff's Motion for Default Judgment (Doc. # 13), it is ORDERED that the motion is DENIED at this time. In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff must first request that the clerk of court make an entry of default and then may move the court for default judgment.

DONE this 28th day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE