**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen E. Duggar, Jr.
   3343 Bodmin Dr
   Tallahassee, FL 32317

   07cv374 S.C. & And Cmy

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7005 3110 0002 5999 2843

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Clerk of the Court
U.S. District Court, Middle District
Post Office Box 711
Montgomery, Alabama 36101

Stephen E. Duggar, Jr.
3343 Bodmin Drive
Tallahassee, Florida 32317

UNDELIVERABLE AS ADDRESSED
NO FORWARDING ORDER ON FILE

7005 3110 0002 5999 2843

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

SYSCO Food Services - Gulf Coast, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Manna Cafe, Inc. and Stephen E. Duggar, Jr.

CASE NUMBER: ~~07-~~ 1:07-CV-374-WKW

TO: (Name and address of Defendant)

>    Stephen E. Duggar, Jr.
>    3343 Bodmin Drive
>    Tallahassee, FL 32317

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>    Kimberly S. DeShazo
>    Webster, Henry, Lyons & White, P.C.
>    418 Scott Street
>    Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          5/3/07

CLERK          DATE

*William C. R____*

(By) DEPUTY CLERK

➪AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            _____
                          *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.