IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-374-WKW |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR. | ) ) ) | |
| Defendants. | ) ) ) | |

## ENTRY OF DEFAULT

It appearing that defendant Manna Café, Inc., was duly served with a copy of the summons and complaint in this action  on May 5, 2007,  said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on June 29, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Manna Café, Inc.

DONE THIS  13th  day of   July  , 2007.

/s/ Debra P. Hackett

_____

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA