### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: 1:07-CV-00374 |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., | ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, SYSCO FOOD SERVICES – GULF COAST, INC., in the above-styled cause, by and through undersigned counsel, and hereby moves this Honorable Court to enter a default judgment against Defendant, MANNA CAFÉ, INC., pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff shows this Honorable Court that said Defendant has been properly served with process and has failed to answer or otherwise file a legal appearance of record with this Court within the time required by Rule 12(a) of the Federal Rules of Civil Procedure. In addition, Plaintiff shows this Court an Application for Entry of Default has been filed and entered with the Clerk of Court.

Respectfully submitted this the 20th day of July, 2007.

       /s/ G. Baron Coleman
G. BARON COLEMAN
Attorney for the Plaintiff
SYSCO Food Services – Gulf Coast, Inc.


OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:     334-264-9472
Facsimile:     334-264-9599

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that I have served a copy of the foregoing upon the following parties via U.S. Mail, postage prepaid, on this the 20th day of July, 2007.


       Manna Café, Inc.
       3507 Thomasville Road
       Tallahassee, FL  32308

       Stephen Duggar, Jr.
       3507 Thomasville Road
       Tallahassee, FL  32308


                                                       /s/ G. Baron Coleman
                                       OF COUNSEL