# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES - GULF, COAST, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-00374 ) |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE TO CLERK OF FILING DISCOVERY

TO:   Honorable Debra P. Hackett, Clerk
United States District Court for the Middle District of Alabama
Post Office Box 711
Montgomery, AL  36101-0711


PLEASE TAKE NOTICE that the undersigned has on the 13th day of August, 2007, Plaintiff Sysco Food Services – Gulf Coast, Inc. served on counsel for all parties the following discovery documents:

    (   )  Interrogatories to Plaintiff
    (   )  Request for Production to Plaintiff
    (   )  Defendant's Request for Admissions to Plaintiff
    ( X )  Plaintiff's Request for Admissions to Defendant
    (   )  Response to Request for Admissions
    (   )  Notice of Intent to Serve Subpoena
    (   )  Defendant's Notice of Deposition of Plaintiff

                    /s/ G. Baron Coleman
G. BARON COLEMAN (COL135)
Attorney for the Plaintiff Sysco Food
Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama  36101-0239
Telephone:     (334) 264-9472
Facsimile:      (334) 264-9599

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing mail on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 13th day of August, 2007:


Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen E. Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL  32317


                                   /s/ G. Baron Coleman
                                   OF COUNSEL