**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SYSCO FOOD SERVICES – GULF COAST, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO: 1:07-CV-00374** |
| **MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR.,** | ) | |
| **Defendants.** | ) | |

**REQUEST FOR ADMISSIONS**

COMES NOW the Plaintiff, SYSCO Food Services - Gulf Coast, Inc., by and through the undersigned counsel, and requests that the Defendants answer the following Request for Admissions:

1. Admit or deny the authenticity of the Credit Application and Terms and Conditions, attached hereto as Exhibit A.

2. Admit or deny Exhibit A contains the signature of Stephen E. Duggar, Jr.

3. Admit or deny Exhibit A is admissible in the above-styled cause.

4. Admit or deny the authenticity of the Aged Trial Balance, attached hereto as Exhibit B.

5. Admit or deny Exhibit B is admissible in the above-styled cause.

6. Admit or deny the authenticity of the Promissory Note dated December 15, 2005, attached hereto as Exhibit C.

7. Admit or deny Exhibit C contains the signature of Stephen E. Duggar, Jr.

8. Admit or deny Exhibit C is admissible in the above-styled cause.

/s/ G. Baron Coleman
G. BARON COLEMAN
Attorney for the Plaintiff
SYSCO Food Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following parties via U.S. Mail, postage prepaid, on this the 13th day of August, 2007.

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL 32308

Stephen Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL 32317

/s/ G. Baron Coleman
OF COUNSEL

SHIPPING AND BILLING ADDRESSES:

SHIP TO: MANNA CAFE INC

[DBA] TRADE NAME

3507 Thomasville RD
ADDRESS

TALL, Fl 32308
CITY, STATE, ZIP

850-668-1968
PHONE NO. EMAIL ADDRESS

BILL TO: SAME

ADDRESS

CITY, STATE, ZIP

ACCOUNTS PAYABLE CONTACT

ACCOUNTS PAYABLE PHONE NO.

ACCOUNTS PAYABLE FAX NO.

**TELL US THE FACTS ABOUT YOUR BUSINESS:**

NEW OWNER? ☒ YES ☐ NO PURCHASE DATE 4/1/02 LENGTH OF PRESENT OWNERSHIP SAME

BUILDING/FACILITIES: ☒ OWNED ☐ LEASED OWNER'S NAME Stephen Duggar

☐ PROPRIETORSHIP ☐ PARTNERSHIP ☐ LIMITED PARTNERSHIP ☒ CORPORATION ☐ LIMITED LIABILITY COMPANY ☐ NON-PROFIT

**PROVIDE THE FOLLOWING INFORMATION FOR INDIVIDUAL PROPRIETORS, GENERAL PARTNERS OR CORPORATE OFFICERS:**

Stephen Duggar Pres.
NAME AND TITLE

1342 Pawnee Pt Ct.
HOME ADDRESS

TALL, Fl 32312
CITY, STATE, ZIP

850-893-0001
HOME PHONE NO.

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
SOCIAL SECURITY NO.

D260-785-74-099-1
DRIVER'S LICENSE NO.

NAME AND TITLE

HOME ADDRESS

CITY, STATE, ZIP

HOME PHONE NO.

SOCIAL SECURITY NO.

DRIVER'S LICENSE NO.

NAME AND TITLE

HOME ADDRESS

CITY, STATE, ZIP

HOME PHONE NO.

SOCIAL SECURITY NO.

DRIVER'S LICENSE NO.

**LET US KNOW WHAT YOU NEED FROM US:**

TYPE OF BUSINESS: ☒ RESTAURANT/FINE DINING ☐ FAST FOODS ☐ FAMILY ☐ INSTITUTIONAL ☐ HOTEL/MOTEL ☐ SEATING CAP.____
☐ HOSPITAL ☐ NURSING HOME NUMBER OF BEDS____ ☐ OTHER____

GENERAL INFORMATION: WEEKLY PURCHASES $ 15,000.00 MONTHLY SALES VOLUME $____ NUMBER OF EMPLOYEES ____

**TERMS REQUESTED:** ☐ COD ☒ WEEKLY ☐ ____

**FILL US IN ON WHO YOUR BANKER IS:**

PREMIER
BANK NAME

ADDRESS

TALL, Fl
CITY, STATE, ZIP

JACK KANE
LOAN OFFICER

PHONE NO

0630000 21
CHECKING [ACCOUNT NO.] BALANCE

2000013963077
LOANS [ACCOUNT NO.] BALANCE

**GIVE US A FEW REFERENCES, FOOD DISTRIBUTORS PREFERRED:**

Sysco Food Svcs - JAX
BUSINESS NAME

* WHARF REST *
STREET ADDRESS

191676
CITY, STATE, ZIP

PHONE NO

ACCOUNT NO

BUSINESS NAME

STREET ADDRESS

CITY, STATE, ZIP

PHONE NO

ACCOUNT NO

BUSINESS NAME

STREET ADDRESS

CITY, STATE, ZIP

PHONE NO

ACCOUNT NO

PLAINTIFF'S EXHIBIT A

# TERMS AND CONDITIONS

*This Customer Account Application ("Application") is made to Sysco Corporation; The Sygma Network, Inc.; FreshPoint, Inc. and each of their respective subsidiaries and affiliates (collectively "Sysco") for the purpose of inducing Sysco to extend credit accommodations to the Applicant named below and in accordance with the following terms:*



1. Upon approval of this Application, Sysco, in its sole discretion, and notwithstanding any request of Applicant, shall have the right to terminate Applicant's credit privileges under this Application at any time without prior notice to Applicant, except as otherwise provided by law.

2. All purchases by Applicant of goods and/or services from Sysco will be made in accordance with the terms and conditions of this Application and any invoices and/or other documents evidencing Applicant's obligations to Sysco, all of which are incorporated herein by this reference.

3. The entire outstanding balance due to Sysco on all invoices shall become due in full immediately upon default in the payment of any invoice. Applicant agrees to pay interest in the amount of 1.5% per month, or the highest rate permitted by law, whichever is less, on any past due amounts until collected, and Applicant agrees to pay all costs of collection incurred by Sysco, including attorneys' fees and expenses, should a default in payment or any other obligation of Applicant to Sysco occur.

4. **If this Application is not fully approved or if any other adverse action is taken with respect to Applicant's credit with Sysco, Applicant has the right to request within 60 days of Sysco's notification of such adverse action, a statement of specific reasons for such action, which statement will be provided within 30 days of said request. To obtain the statement of specific reasons, please contact our credit department.** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance programs; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning the creditor is the Federal Trade Commission, Washington, D.C.

5. This Application and all transactions between Applicant and Sysco shall be governed by and interpreted in accordance with the laws and decisions of the state where Sysco's operating company which provided this Application is located, without regard to the conflicts of law provisions thereof **and all actions and proceedings arising from, relating to or in connection with this Application shall be subject to the exclusive jurisdiction of said state.**

6. If Applicant ceases doing business with Sysco for any reason, Applicant will immediately purchase from Sysco all remaining proprietary/special order items in Sysco's inventory.

7. Applicant expressly agrees that Sysco shall not be responsible for any product nonconformity as to quantity, quality, or price, unless noted on the original delivery receipt at the time of delivery or unless Sysco is notified in writing of any such nonconformity within three (3) days of delivery, by certified mail return receipt requested.

9. Except as to quantity of goods ordered, no terms and conditions set forth in any purchase order or other form of Applicant will apply to sales by Sysco to Applicant.

The approximate initial amount of credit that Applicant requires per month shall not be binding upon Sysco, nor shall Sysco incur liability by granting, reducing, increasing or refusing such amount. Applicant hereby certifies that the information furnished under this Application and any other financial statements furnished in connection herewith, is true and correct and that this information is being furnished to Sysco for the purpose of inducing Sysco to extend credit to Applicant, and understands that Sysco intends to rely upon such information. Applicant understands and agrees to be bound by the above terms and all invoices and other documents furnished by Sysco from time to time, all of which are incorporated herein by reference, and to advise Sysco of any material change in the information provided herein, including but not limited to, change of ownership, address or telephone number. Applicant understands that Sysco will retain this Application whether or not it is approved. Applicant hereby authorizes Sysco to check Applicant's and Applicant's principals' credit history and trade, bank and personal references (whether or not referenced in this application.) for customary credit information, to confirm the information contained on this Application, including but not limited to, sending a copy herof to the trade and bank references, and to release information to other creditors regarding Applicant's credit experience with Sysco.

MANNA CAFE INC
APPLICANT: (FULL FIRM NAME)

Stephen Duggar - President X [signature] 5-5-02
BY AUTHORIZED AGENT: (PRINTED NAME & TITLE) (SIGNATURE & DATE)

## INDIVIDUAL PERSONAL GUARANTEE

The undersigned, ("Guarantor"), having a financial interest in Applicant, and benefiting from the transactions contemplated by this Application, hereby personally guaranties the payment by Applicant to Sysco Corporation; The Sygma Network, Inc.; FreshPoint, Inc. and each of their respective subsidiaries and affiliates (collectively "Sysco") of all amounts due and owing now, and from time to time hereafter from Applicant to Sysco (the "Liabilities"). Guarantor expressly waives notice from Sysco of its acceptance and reliance on this Guarantee, notice of sales made to Applicant, and notice of default by Applicant. The obligations of Guarantor hereunder shall not be affected, excused, modified or impaired upon the happening, from time to time of any event. No set-off, counterclaim or reduction of any obligation, or any defense of any kind or nature which Guarantor has or may have against Applicant or Sysco shall be available hereunder to Guarantor against Sysco. In the event of a default by Applicant on its obligations to Sysco, Sysco may proceed directly to enforce its rights hereunder and shall have the right to proceed first against Guarantor, without proceeding with or exhausting any other remedies. Guarantor in consideration of Sysco extending financial accommodation to Applicant, hereby waives and relinquishes any rights of indemnification, contribution, reimbursement or exoneration which may be asserted against Applicant if Guarantor performs his or her obligations under this guarantee and Guarantor understands the benefit of such rights. Guarantor agrees to pay all fees, costs and expenses, including reasonable attorneys' fees, which may be incurred by Sysco in enforcing this Guarantee or protecting its rights following any default on the part of Guarantor. This Guarantee shall be binding upon Guarantor and Guarantor's heirs, successors, assigns, representatives and survivors, and shall inure to the benefit of Sysco; and its affiliates and may be assigned by Sysco without notice to Guarantor. A certified letter to Sysco - Jacksonville is required to remove any person(s) from the liability of the Terms & Conditions Agreement and the Individual Personal Guarantee. This Guarantee shall be governed by and interpreted under the laws and decisions of the state where Sysco's operating company which provided this Application is located, without regard to the conflicts of law provisions thereof (the "Applicable State"). **Guarantor and Sysco irrevocably agree, and hereby consent and submit to the non-exclusive jurisdiction of any state or federal court located in the Applicable State with regard to any actions or proceedings arising from, relating to or in connection with the Liabilities and this Guarantee.** If executed by more than one, the obligations of Guarantor shall be joint and several and all references to the singular shall be deemed in the plural.

PRINT NAME SIGNATURE & DATE

PRINT NAME SIGNATURE & DATE

USE OF A CORPORATE TITLE SHALL IN NO WAY LIMIT THE PERSONAL LIABILITY OF THE PERSONAL GUARANTEE SIGNATORY.

## AUTHORIZATION FOR CREDIT REPORT

**The undersigned is executing this Authorization for Credit Report individually for the purpose of authorizing Sysco to obtain a consumer credit report from time to time on the undersigned individual(s) through credit and consumer reporting agencies or other sources, in order to further evaluate the creditworthiness of such individual in connection with the credit evaluation process and the proposed extension of business credit to the Applicant. The undersigned, as an individual, hereby knowingly consents to the use of such credit report in accordance with the federal fair credit reporting act as contained in 15 U.S.C. 1681, ET SEQ., as amended from time to time.**

Stephen Duggar X [signature] - 5-5-02
PRINT NAME SIGNATURE & DATE

For Sysco's Use Only
Notwithstanding the signature below or a sales representative, ... [illegible]

[signature] Scott Russell [signature] 5/6/02
SALES REPRESENTATIVE NAME SIGNATURE & DATE

```
1/25/07    13:46:20          Credit Inquiry                    ARGCCD02   ARDCCDC2

Co   164 + Shp     319947 - Sort MANNA CAFE INC.   CR.Limit              .00
MANNA CAFE INC.            +-+ Sts.: ON STOP       Expires . :
3507 THOMASVILLE ROAD          Base Currency . :  USD Available      77914.55-
TALLAHASSEE      FL  32308     First Sale :  5/30/2002 Risk . . . . . :
Bill To   . :        319947 Dunning Level . . :     Cr. Analyst
MANNA CAFE INC.                Dunning Date             Collector :
Contact STEPHEN DUGGAR                8506681968       D&B Rating Curr :
            DATE            AMOUNT       CHECK NO       D&B Rating Prev :
Last Sale 10/31/2006         114.24                     Terr/MA : S243  /
Last Cash  1/11/2007         500.00   0000001525  BT    Terms COD - NO SIGN
Prev Cash 12/20/2006         500.00   0000001483  BT    Stmt Pol  . . :   WEEK
   CURRENT            .00                Open Item Balance:        77914.55
   1 TO  07           .00      NOTES     Cash on Account :              .00   BT
   OVER  07           .00                AR Balance   . . :        77914.55
   OVER  14           .00     Shp _      Past Due   . . . :        77914.55
   OVER  21           .00     Co  _      Amt to Collect   :        77914.55
   OVER  28           .00     N/A _      Disputed Items   :             .00
   OVER  35      77914.55     Ent _      Debit Memos . .  :             .00
AGED TOTAL       77914.55                Credit Memos   . :          59.54-

F2=Function keys  F3=Exit  F4=Prompt  F5=Credit  F24=More keys
```

PLAINTIFF'S EXHIBIT B

```
1/26/07    13:46:20          Credit Inquiry                    ARGCCD02    ARDCCD02

Co   164 + Shp          319364 + Sort MANNA CAFE PROMI CR.Limit              .00
MANNA CAFE PROMISSORY NOTE     Sts.: ON STOP             Expires . :
3507 THOMASVILLE ROAD          Base Currency . :   USD   Available        11749.53-
TALLAHASSEE      FL  32308     First Sale :  1/26/2004   Risk  . . . . :
Bill To    . :          319947 Dunning Level . . :       Cr. Analyst
MANNA CAFE INC.                Dunning Date              Collector :
Contact  STEPHEN DUGGAR                  8506681968      D&B Rating Curr :
               DATE           AMOUNT        CHECK NO     D&B Rating Prev :
Last Sale  8/21/2006               .00                   Terr/MA : S243  /
Last Cash  1/11/2007           500.00   0000001525  BT   Terms CASH OR CHECK ON
Prev Cash 12/20/2006           500.00   0000001483  BT   Stmt Pol  . . :   WEEK
   CURRENT               .00               Open Item Balance:       14749.53
   1 TO  07              .00     NOTES     Cash on Account :         3000.00  BT
   OVER  07              .00               AR Balance  . . :        11749.53
   OVER  14              .00     Shp _     Past Due  . . . :        14749.53
   OVER  21              .00     Co  _     Amt to Collect  :        11749.53
   OVER  28              .00     N/A _     Disputed Items  :             .00
   OVER  35         11749.53     Ent _     Debit Memos . . :        14749.53
AGED TOTAL          11749.53               Credit Memos  . :             .00

F2=Function keys  F3=Exit  F4=Prompt  F5=Credit  F24=More keys
```

| 378364 | MANNNA CAFE PROMISSORY NOTE | 1/22/2007 | | |
|---|---|---|---|---|
| | **510180075M** | **10/18/05** | **$ 4,797.02** | |
| | **510190849M** | **10/19/05** | **$ 171.96** | |
| | **510210090M** | **10/21/05** | **$ 6,060.18** | |
| | **510210091M** | **10/21/05** | **$ 363.68** | |
| | **510210681M** | **10/21/05** | **$ 140.00** | |
| | **510240079M** | **10/24/05** | **$ 2,815.49** | |
| | **510250094M** | **10/25/05** | **$ 5,846.48** | |
| | **510261012M** | **10/26/05** | **$ 36.54** | |
| | **510270887M** | **10/27/05** | **$ 7,772.19** | **Leave open bal of 1903.50** |
| | 510271485M | 10/27/05 | $ 171.98 | |
| | **0711163PUM** | **10/28/05** | **$ (3,030.62)** | |
| | 510281153M | 10/28/05 | $ 81.66 | |
| | 510289115M | 10/28/05 | $ 221.36 | |
| | 510310006M | 10/31/05 | $ 3,970.25 | |
| | **C/M 0710981PUM** | **11/01/05** | **$ (45.00)** | |
| | D/M 511010247M | 11/01/05 | $ 1,274.40 | |
| | D/M 511030932M | 11/03/05 | $ 6,451.07 | |
| | D/M 511041249M | 11/04/05 | $ 260.71 | |
| | D/M 511041296M | 11/04/05 | $ 414.60 | |
| | **C/M PAYMENTM 0007** | **12/14/05** | **$ (924.42)** | |
| | **C/M NOTEMPAYMENT** | **12/19/05** | **$ (1,000.00)** | |
| | **C/M NOTEMPAYMEN0001** | **12/21/05** | **$ (1,000.00)** | |
| | **C/M PAYMENTM 0008** | **1/03/06** | **$ (1,000.00)** | |
| | **C/M PAYMENTM 0009** | **1/04/06** | **$ (1,000.00)** | |
| | **C/M NOTEMPAYMEN0002** | **1/11/06** | **$ (1,000.00)** | |
| | INV PAYMENT | 5/04/06 | **$ (1,000.00)** | |
| | **C/M PAYMENT** | **7/06/06** | **$ (1,000.00)** | |
| | INV PAYMENT | 8/04/06 | **$ (1,000.00)** | |
| | **INV PAYMENT** | **8/21/06** | **$ (1,000.00)** | |
| | | | $ 27,849.53 | |
| 1 | Apply acredits to the open balance. | | | |
| 2 | Apply on account cash | | $ (16,100.00) | |
| | Adjusted Note Balance | | $ 11,749.53 | |

| 319947 MANNA CAFE REGULAR ACCT | | | |
|---|---|---|---|
| **604210066** | **4/21/06** | **$ 51.19** | |
| **605010046** | **5/01/06** | **$ 4,835.32** | **Leave open bal of 2273.87** |
| 605030138 | 5/03/06 | $ 1,943.94 | |
| 605050066 | 5/05/06 | $ 5,274.65 | |
| 605080043 | 5/08/06 | $ 2,724.21 | |
| 605100120 | 5/10/06 | $ 1,716.85 | |
| 605110080 | 5/11/06 | $ 1,914.31 | |
| 605120347 | 5/12/06 | $ 6,613.35 | |
| 605150045 | 5/15/06 | $ 2,292.61 | |
| 605160060 | 5/16/06 | $ 1,299.76 | |
| 605180084 | 5/18/06 | $ 394.77 | |
| 605190070 | 5/19/06 | $ 3,443.11 | |
| 606190071 | 6/19/06 | $ 3,526.32 | |
| 606200060 | 6/20/06 | $ 168.23 | |
| 606200265 | 6/20/06 | $ 174.69 | |
| 606200280 | 6/20/06 | $ 55.16 | |
| 606200305 | 6/20/06 | $ 5.80 | |
| 606210102 | 6/21/06 | $ 1,494.99 | |
| 606230094 | 6/23/06 | $ 3,070.44 | |
| 606230317 | 6/23/06 | $ 29.98 | |
| 606260050 | 6/26/06 | $ 3,736.23 | |
| 606270057 | 6/27/06 | $ 1,124.05 | |
| 606280111 | 6/28/06 | $ 794.47 | |
| 606280501 | 6/28/06 | $ 277.33 | |
| 606290082 | 6/29/06 | $ 2,752.79 | |
| 0019820PU | 6/30/06 | $ (59.54) | |
| 606300088 | 6/30/06 | $ 216.98 | |
| 607040373 | 7/04/06 | $ 59.98 | |
| 607060043 | 7/06/06 | $ 3,952.11 | |
| 607070096 | 7/07/06 | $ 230.91 | |
| 607070739 | 7/07/06 | $ 138.68 | |
| 607070745 | 7/07/06 | $ 138.66 | |
| 607080058 | 7/08/06 | $ 179.94 | |
| 607089019 | 7/08/06 | $ 199.00 | |
| 607100093 | 7/10/06 | $ 19.00 | |
| 607100094 | 7/10/06 | $ 847.72 | |
| 607110109 | 7/11/06 | $ 277.74 | |
| 607120165 | 7/12/06 | $ 829.00 | |
| 607120197 | 7/12/06 | $ 751.43 | |
| 607120203 | 7/12/06 | $ 114.94 | |
| 607130221 | 7/13/06 | $ 662.98 | |
| 607140201 | 7/14/06 | $ 1,584.73 | |
| 607140364 | 7/14/06 | $ 120.23 | |
| 607150091 | 7/15/06 | $ 234.22 | |
| 607150095 | 7/15/06 | $ 175.78 | |
| 607159021 | 7/15/06 | $ 374.93 | |

| Invoice | Date | Amount |
|---|---|---|
| 607170065 | 7/17/06 | $ 4,578.03 |
| 607180074 | 7/18/06 | $ 2,673.09 |
| 607180623 | 7/18/06 | $ 49.98 |
| 607190085 | 7/19/06 | $ 690.37 |
| 607190140 | 7/19/06 | $ 299.95 |
| 607200237 | 7/20/06 | $ 941.74 |
| 607200339 | 7/20/06 | $ 258.98 |
| 607200365 | 7/20/06 | $ 13.74 |
| 607200457 | 7/20/06 | $ 38.47 |
| 607210070 | 7/21/06 | $ 2,321.85 |
| 607210215 | 7/21/06 | $ 33.98 |
| 607240066 | 7/24/06 | $ 2,560.82 |
| 607250240 | 7/25/06 | $ 66.45 |
| 607250243 | 7/25/06 | $ 85.01 |
| 607270296 | 7/27/06 | $ 326.78 |
| 608010064 | 8/01/06 | $ 22.99 |
| 608010295 | 8/01/06 | $ 1,163.86 |
| 608010308 | 8/01/06 | $ 388.00 |
| 608250131 | 8/25/06 | $ 0.01 |
| 609050141 | 9/05/06 | $ 19.99 |
| 609280315 | 9/28/06 | $ 3,096.00 |
| 609290052 | 9/29/06 | $ (71.09) |
| 610260363 | 10/26/06 | $ 89.98 |
| 610310716 | 10/31/06 | $ 114.24 |
| | | $80,527.19 |
| 1 Apply on acct cash | | $ (2,612.64) |
| Balance Owing | | $77,914.55 |

Last payment 1-11-07
1-22-07 Called attorney to send demand letter.

Total amount owing: $ 89,664.08



PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned jointly and severally promise(s) to pay to the order of Sysco Food Services-Jacksonville, Inc. at Post Office Box 37045, Jacksonville, Florida 32236-7045, or at such places as the holder(s) of this note may designate in writing, the principal sum of Thirty-Seven Thousand Seven Hundred Sixty-One and 16/100 Dollars ($37,761.16) together with interest thereon at the rate of 12% per annum on the unpaid balance.

Payment shall be made in the amount of no less than $1,000.00 weekly continuing consecutively each week until the balance is paid in full. The initial payment is due on the date of acceptance of this agreement.

Interest charges will post to the account on a monthly basis and will be due one week from the date on which they are posted to the account.

If default be made in the payment of any installment under this note, and if such default is not made good within five (5) days written notice the entire principal sum and accrued interest shall at once become due and payable without notice at the option of the holder(s) of this note.

Failure to exercise this option shall not constitute a waiver of the right to exercise the same at a later time for the same default or for any subsequent default. Presentment, protest and notice are hereby waived.

This promissory note is intended by the parties only as additional security for their terms agreement and does not constitute a novation or otherwise replace or modify the terms set forth therein.

[signature] 12-15-05 BY [signature] 12/15/05
Witness Date Early Duggar Date
Individually

[signature] 12-15-05 BY [signature] 12/15/05
Witness Date Early Duggar Date
Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL 32308

PLAINTIFF'S EXHIBIT C