IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SYSCO FOOD SERVICES - GULF COAST, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MANNA CAFÉ, INC., and STEPHEN E. DUGGER, JR.,** )<br>)<br>**Defendants.** ) | CASE NO. 1:07-cv-374-WKW |

## ORDER

By Order dated June 26, 2007 (Doc. # 11), the parties were ordered to conduct their face-to-face settlement conference by October 1, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before November 13, 2007,** shall either file the notice or show cause in writing why counsel has failed to comply with the court's order.

The pretrial conference previously set for December 7, 2007, is continued to **January 7, 2008, at 1:00 p.m.** in the Federal Building & U. S. Courthouse, 100 West Troy Street, Dothan, Alabama. The trial date previously set for January 7, 2008, is cancelled and will be reset at the pretrial conference.

DONE this 8th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE