## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.:  1:07-CV-00374 ) |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff, Sysco Food Services – Gulf Coast, Inc., and informs this Honorable Court that the Defendants have cut off all communication with the Plaintiffs and refuse to answer the phone when Plaintiffs call, will not return messages, and have not returned any letters in months.  Plaintiff would like to settle this matter and has offered on a number of occasions to settle this matter without the Court's intervention.  However, all such offers been ignored.

The Plaintiff is open to any ideas, suggestions, or Orders this Honorable Court wishes to pursue in order to resolve this matter before trial.

Respectfully submitted this the 13th day of November, 2007.

        /s/ G. Baron Coleman
G. BARON COLEMAN
Attorney for the Plaintiff
SYSCO Food Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:     (334) 264-9472
Facsimile:      (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 13th day of November, 2007:

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen Duggar, Jr.
3343 Bodmin Drive
Tallahassee, FL  32317

Stephen Duggar
3457 Paces Ferry Road
Tallahassee, FL  32309

Stephen Duggar
5655 Sioux Drive
Tallahassee, FL  32317

        /s/ G. Baron Coleman
OF COUNSEL