**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO.: 1:07-CV-00374 ) |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., | ) ) ) |
| Defendants. | ) ) ) |

**<u>PLAINTIFF'S EXHIBIT LIST</u>**

COMES NOW Plaintiff, SYSCO Food Services – Gulf Coast, Inc., and provides the following as possible exhibits that it may use at the trial of this matter:

ADMITTED   DENIED

_____  _____   DX1   Credit Application Dated May 6, 2002

_____  _____   DX2   Terms and Conditions Dated May 5, 2002

_____  _____   DX3   Credit Inquiry for balance of $77,914.55 dated January 25, 2007

_____  _____   DX4   Credit Inquiry for balance of $11,749.53 dated January 25, 2007

_____  _____   DX5   Aged Trial Balance dated January 22, 2007

_____  _____   DX6   Promissory Note dated December 15, 2005

Plaintiff reserves the right to offer any exhibit listed by the Plaintiff;

Plaintiff reserves the right to use any exhibit necessary for cross-examination;

Plaintiff reserves the right to use any exhibit found through outstanding discovery;

Plaintiff reserves the right to use any exhibit necessary for rebuttal;

Plaintiff reserves the right to amend this exhibit list upon the discovery of any additional information or exhibits that may be relevant to this case.

    /s/ G. Baron Coleman
G. BARON COLEMAN (COL135)
Attorney for the Plaintiff Sysco Food
Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:     (334) 264-9472
Facsimile:      (334) 264-9599

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 28th day of November, 2007, I have mailed the foregoing document on all counsel of record as listed below and electronically filed this document with the Clerk of the Court, which will send notification of this filing to the following:

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen Duggar
3457 Paces Ferry Road
Tallahassee, FL  32309

Stephen Duggar
5655 Sioux Drive
Tallahassee, FL  32317

                                                   /s/ G. Baron Coleman
                                              OF COUNSEL