**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:07-CV-00374 |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., ) ) ) ) | |
| Defendants. ) ) ) | |

**PLAINTIFF'S WITNESS LIST**

COMES NOW Plaintiff, SYSCO Food Services – Gulf Coast, Inc., and provides the following as possible witnesses that it may call at the trial of this matter:

1. Corporate Representative of Sysco Food Services – Gulf Coast, Inc.
2. Stephen E. Duggar, Jr.
3. Stephen E. Duggar, Sr.
4. All witness necessary for rebuttal or impeachment.
5. All witnesses revealed through later discovery.
6. Any witnesses listed or called by the Defendants.
7. Any custodian of records or other witness necessary to authenticate documents, photographs, or other exhibits.

Defendant specifically reserves the right to amend this witness list upon the discovery of any additional witnesses who may have facts relevant to this case or as further information becomes available.

Respectfully submitted this the 28th day of November, 2007.

/s/ G. Baron Coleman
G. BARON COLEMAN (COL135)
Attorney for the Plaintiff Sysco Food
Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:     (334) 264-9472
Facsimile:      (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of November, 2007, I have mailed the foregoing document on all counsel of record as listed below and electronically filed this document with the Clerk of the Court, which will send notification of this filing to the following:

Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen Duggar
3457 Paces Ferry Road
Tallahassee, FL  32309

Stephen Duggar
5655 Sioux Drive
Tallahassee, FL  32317

/s/ G. Baron Coleman
OF COUNSEL