### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES - GULF COAST, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., )<br>)<br>**Defendants.** )<br>) | CIVIL ACTION NO.: 1:07-CV-00374 |

### NOTICE TO CLERK OF FILING DISCOVERY

TO: Honorable Debra P. Hackett, Clerk
United States District Court for the Middle District of Alabama
Post Office Box 711
Montgomery, AL 36101-0711

PLEASE TAKE NOTICE that the undersigned has on the 28th day of November, 2007, Plaintiff Sysco Food Services – Gulf Coast, Inc. served on counsel for all parties the following discovery documents:

( ) Plaintiff's Request for Production to Defendant
( ) Plaintiff's Request for Admissions to Defendant
( ) Plaintiff's Interrogatories to Defendant
( ) Defendant's Request for Production to Plaintiff
( ) Defendant's Request for Admissions to Plaintiff
( ) Defendant's Interrogatories to Plaintiff
( ) Plaintiff's Response to Defendant's Request for Production
( ) Plaintiff's Response to Defendant's Request for Admissions
( ) Plaintiff's Response to Defendant's Interrogatories
( ) Defendant's Response to Plaintiff's Request for Production

    (　)    Defendant's Response to Plaintiff's Request for Admissions
    (　)    Defendant's Response to Plaintiff's Interrogatories
    (　)    Notice of Intent to Serve Subpoena on Non-Party
    (　)    Notice of Deposition
    **( X )**    **Plaintiff's Witness List**
    **( X )**    **Plaintiff's Exhibit List**
    (　)    Defendant's Witness List
    (　)    Defendant's Exhibit List

    /s/ G. Baron Coleman
G. BARON COLEMAN
Attorney for the Plaintiff Sysco Food Services –
Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone:   (334) 264-9472
Facsimile:   (334) 264-9599

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 28th day of November, 2007, I have mailed the foregoing document on all counsel of record as listed below and electronically filed this document with the Clerk of the Court, which will send notification of this filing to the following:


Manna Café, Inc.
3507 Thomasville Road
Tallahassee, FL  32308

Stephen Duggar
3457 Paces Ferry Road
Tallahassee, FL  32309

Stephen Duggar
5655 Sioux Drive
Tallahassee, FL  32317


                 /s/ G. Baron Coleman
                 OF COUNSEL