IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANNA CAFÉ, INC. and STEPHEN DUGGAR, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 1:07-CV-00374 |

### JOINT STIPULATION OF DISMISSAL

COMES NOW SYSCO Food Services - Gulf Coast, Inc. ("SYSCO"), Plaintiff in the above-styled action, and Stephen E. Duggar, Jr., Defendant in the above-styled action, and jointly move to dismiss this matter and as grounds therefore state as follows:

1. An agreement has been reached whereby Defendant has agreed to pay Plaintiff $15,000 in full settlement of the amount in controversy.

2. The Defendant will make his first payment of $7,500 on or before January 11, 2008, by a cashier's check made payable to G. Baron Coleman, Esq., as attorney for Sysco Food Services – Gulf Coast, Inc.

3. The Defendant will make his second payment of $7,500 on or before February 28, 2008, by a cashier's check made payable to G. Baron Coleman, Esq., as attorney for Sysco Food Services – Gulf Coast, Inc.

4. In the event Defendant fails to make either payment on time and according to this settlement, Defendant agrees that this matter shall be reinstated by this Honorable Court and proceed to trial as scheduled. Further, Defendant agrees that failure to make



either payment on time and according to this settlement shall terminate Plaintiff's willingness to settle this matter for an amount lower than the full amount claimed by Plaintiff.

5.  Plaintiff will execute a Release and Satisfaction of Judgment after receiving the whole of the settled amount.

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court dismiss this matter according to the terms of this agreement.

_____
G. BARON COLEMAN (COL135)
Attorney for Plaintiff SYSCO Food Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

_____
STEPHEN E. DUGGAR, JR.
Defendant