IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SYSCO FOOD SERVICES –           )
GULF COAST, INC.,               )
                                )
        Plaintiff,              )
                                )
    v.                          )        CASE NO. 1:07-CV-374
                                )
MANNA CAFÉ, INC., and           )
STEPHEN E DUGGAR, JR.,          )
                                )
        Defendants.             )

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal, it is ORDERED that

all proceedings in this case are STAYED pending completion of the settlement agreement

between the parties.  The parties shall file a joint status report **on or before February 29,**

**2008.**  All other dates and deadlines are CANCELLED.

DONE this 7th day of January, 2008.


        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE