**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 1:07-CV-00374 |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., ) ) ) | |
| Defendants. ) ) ) | |

**SATISFACTION OF SETTLEMENT**

COMES NOW, the Plaintiff, by and through its counsel of record, and notifies this Honorable Court that a settlement, in the amount of $15,000.00, in favor of the Plaintiff only and against the Defendants, Manna Café, Inc. and Stephen E. Duggar, Jr., has been satisfied and paid in full.

                        /s/ G. Baron Coleman
                        G. BARON COLEMAN
                        Attorney for the Plaintiff Sysco Food
                        Services – Gulf Coast

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:     (334) 264-9472
Facsimile:     (334) 264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 14th day of March, 2008.

Stephen E. Duggar, Jr.
c/o Sherry Walker
1607 Village Boulevard #2
Tallahassee, FL  32309-2771

          /s/ G. Baron Coleman
      OF COUNSEL