**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| SYSCO FOOD SERVICES – GULF COAST, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 1:07-CV-00374 |
| MANNA CAFÉ, INC. and STEPHEN E. DUGGAR, JR., ) ) ) ) | |
| Defendants. ) ) ) | |

**MOTION TO DISMISS**

  COMES NOW the Plaintiff, Sysco Food Services – Gulf Coast, Inc., and moves this Honorable Court to dismiss the claims against the Defendants in the above-styled cause. As grounds therefore, the Plaintiff states as follows:

  1.  On January 4, 2008 a Joint Stipulation of Dismissal was filed by the Plaintiff wherein an agreement was reached between the Plaintiff and Defendants, whereby the Defendants agreed to pay $15,000.00 to the Plaintiff for full and final settlement of the amount in controversy.

  2.  On January 11, 2008, the Defendants made the first payment of $7,500.00 to the Plaintiff.

  3.  On February 28, 2008, the Defendants made the second and final payment of $7,500.00 to the Plaintiff.

  4.  The Defendants' settlement with Sysco Food Services – Gulf Coast, Inc. has been paid in full.

WHEREFORE, premises considered, Sysco Food Services – Gulf Coast, Inc. moves this Honorable Court for an order dismissing this case.

Respectfully submitted this the 14th day of March, 2008.

                                              /s/ G. Baron Coleman
                                              G. BARON COLEMAN
                                              Attorney for the Plaintiff Sysco Food Services – Gulf Coast, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL  36101-0239
Telephone:    (334) 264-9472
Facsimile:    (334) 264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 14th day of March, 2008.

Stephen E. Duggar, Jr.
c/o Sherry Walker
1607 Village Boulevard #2
Tallahassee, FL  32309-2771

                                          /s/ G. Baron Coleman
                                          OF COUNSEL